IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Robert Dool, Julie Brown, Donald D. Rosenow, and<br>Thomas C. Schermuly,<br><br>          Plaintiffs,<br><br>v.<br><br>Anne E. Burke, in her official capacity as Chairman of the<br>Kansas Supreme Court Nominating Commission;<br>Kerry E. McQueen, Patricia E. Riley, Matthew D. Keenan,<br>and Jay F. Fowler, in their official capacities as Attorney<br>Members of the Kansas Supreme Court Nominating<br>Commission; Carol Gilliam Green, in her official capacity<br>as Clerk of the Kansas Supreme Court,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 10-1286-MLB-KMH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

## DEFENDANTS' RESPONSE IN OPPOSITION
## TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs' Motion for Summary Judgment should be denied for the following reasons:

**I.**   **Plaintiffs' Motion Fails to Comply with Rule 56.**

The Plaintiffs do not set out their contentions of fact in separately numbered paragraphs as required by Fed. R. Civ. P. 56(c) and D. Kan. Rule 56.1(a).  Although the Plaintiffs included a "Statement of the Facts" with the Motion, their statement is in the form of a narrative.  The narrative statement makes it impossible for the Defendants to comply with Rule 56.1(b).

Denial of the motion for failure to comport with Rule 56 is appropriate.  In *King v. Metcalf 56 Homes Ass'n, Inc.*, 385 F. Supp. 2d 1137, 1140 (D. Kan. 2005), Judge Lungstrum denied a motion for summary judgment when the moving party "failed to present their statements of material fact by way of numbered paragraphs."

## II.  <u>Plaintiffs' Motion for Summary Judgment Is Likely to Be Moot</u>.

This Court is currently considering the Defendants' Motion to Dismiss.  The Motion to Dismiss raises the same legal issues as the Plaintiffs' Motion for Summary Judgment.  If the Court grants the Motion to Dismiss, the Plaintiffs' Motion for Summary Judgment is moot.

Furthermore, because the legal issues in the two motions are the same, the Defendants rely on the same legal arguments and authorities they previously set forth in the Defendants' Memorandum in Support of Defendants' Motion to Dismiss; Defendants' Reply Memorandum in Support of Motion to Dismiss; and Defendants' Supplemental Memorandum Addressing the Ninth Circuit's Decision in *Kirk v. Carpeneti*.  The Defendants incorporate those arguments and authorities into this response by reference.

The Defendants' previous filings demonstrate that every court that has decided the Plaintiffs' equal protection argument has rejected the argument as a matter of law.  In each case, the court determined that judicial nominating commissions are limited-purpose entities that are not subject to the one person, one vote principle, and that there is a rational basis for having lawyers select the lawyer-members of such commissions.

This case requires the same conclusions.  Thus, not only are the Plaintiffs not entitled to summary judgment, but their claims should be dismissed.  Defendants respectfully request, therefore, that the Court grant the Defendants' Motion to Dismiss, rendering the Plaintiffs' Motion for Summary Judgment moot.

THOMPSON RAMSDELL & QUALSETH, P.A.
s/Stephen R. McAllister

Stephen R. McAllister          #15845
Todd N. Thompson               #11194
333 W. 9th Street
P.O. Box 1264
Lawrence, KS  66044
Phone: (785) 841-4554
Fax: (785) 841-4499
stevermac@fastmail.fm
todd.thompson@trqlaw.com
Attorneys for Defendants


OFFICE OF ATTORNEY GENERAL STEVE SIX
Patrick J. Hurley               #17638
Deputy Attorney General
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612
Phone:  (785) 296-2215
Fax:  (785) 296-6296
patrick.hurley@ksag.org
Attorneys for Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 14, 2010, I electronically filed the foregoing with the

Clerk of the Court via the Court's Electronic Filing System, and service was accomplished

through the Notice of Electronic Filing on the following Filing Users:

James Bopp, Jr.                          Richard A. Macias
Joseph A. Vanderhulst              901 North Broadway
Josiah S. Neeley                        Wichita, KS 67214-3531
Bopp, Coleson & Bostrom        Attorney for Plaintiffs.
1 South Sixth Street
Terre Haute, IN 47807-3510
Attorney for Plaintiffs

THOMPSON RAMSDELL & QUALSETH, P.A.

s/ Todd N. Thompson
Stephen R. McAllister                #15845
Todd N. Thompson                    #11194
333 W. 9th Street
P.O. Box 1264
Lawrence, KS  66044
Phone: (785) 841-4554
Fax: (785) 841-4499
todd.thompson@trqlaw.com
Attorneys for Defendants